IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 -CV-837 |
| | ) |
| CSL BIOTHERAPIES, INC., and JOHN DOES 1-10, | ) Judge Virginia M. Kendall |
| | ) |
| | ) Magistrate Judge Nan R. Nolan |
| Defendants. | ) |

**MOTION OF DEFENDANT CSL BIOTHERAPIES
TO DISMISS COUNTS II AND III OF PLAINTIFF'S COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant CSL Biotherapies ("CSL"), by its attorneys and pursuant to Federal Rule

12(b)(6), hereby moves to dismiss Counts II and III asserted against it in the Complaint of

plaintiff, INSPE Associates ("Plaintiff"). In support of this motion, CSL states as follows:

1.      INSPE is a medical practice that has brought a three-count putative class

action complaint against CSL based on the allegation that, on November 27, 2007, CSL sent it an

unsolicited two-page fax promotion and order form for CSL's newly approved mercury-free

influenza vaccine, Afluria®. The gravamen of INSPE's complaint is the claim that this fax

allegedly violates a federal law designed to address the transmission of unsolicited faxes -- the

Telephone Consumer Protection Act, 27 U.S.C. § 227, *et seq.* ("TCPA").

2.      CSL is moving to dismiss INSPE's claims that the alleged unsolicited fax

transmission also violates the Illinois Consumer Fraud and Deceptive Practices Act, 815 I.L.C.S.

505/2 ("ICFA"), and constitutes common law conversion. As already found by the two courts in

this District that have reviewed this precise issue, such state law claims fail as a matter of law,

and should be dismissed. *Rossario's Fine Jewelry, Inc. v. Paddock Publ'ns, Inc.*, 443 F. Supp.

2d 976, 978 (N.D. Ill. 2006) (Shadur, S.J.) (granting defendant's motion to dismiss plaintiff's ICFA and conversion claims pursuant to Rule 12(b)(6)); *Western Ry. Devices Corp. v. Lusida Rubber Prods., Inc.*, No. 06 C 0052, 2006 WL 1697119, at *1 (N.D. Ill. June 13, 2006) (Grady, J.) (granting defendant's motion to dismiss ICFA claim).

3.      Neither the ICFA nor common-law conversion is intended to duplicate what Congress already has addressed through the TCPA. The ICFA is designed to protect people from oppressive and unfair conduct that causes, and was intended to cause, substantial injury. As both *Paddock* and *Western Railway* already have found in identical contexts, the transmission and receipt of a two-page fax is neither "oppressive" nor the cause of "substantial injury" under Illinois consumer protection law. In addition, INSPE has not alleged, nor could it allege, that CSL intended the fax to be unfair to INSPE, as it must to survive this motion.

4.      INSPE's third claim -- that CSL converted the "ink or toner and paper" (Complaint, ¶ 47) -- also fails as a matter of law. The claim of conversion is designed to address the unlawful holding of another person's specific chattel. As the *Paddock* court found, INSPE's ink or toner and paper are not such "specific chattel," and CSL assumed no dominion over such matter. 443 F. Supp. 2d at 980.

5.      In short, INSPE's effort to parlay its federal TCPA claim into state law claims is legally unwarranted, and therefore those legally deficient claims should be dismissed.

6.      CSL has filed herewith a memorandum of law in support of this motion.

WHEREFORE, defendant, CSL Biotherapies requests that the Court dismiss Counts II and III of the Complaint with prejudice.

Respectfully submitted,

Dated:  February 15, 2008

/s/ Marshall Blankenship
One of the attorneys for Defendant
CSL Biotherapies, Inc.

James D. Adducci
jadducci@adlmb.com
Marshall L. Blankenship
mblankenship@adlmb.com
Adducci, Dorf, Lehner Mitchell
 & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
(312) 781-2800


OF COUNSEL

Burt M. Rublin
rublin@ballardspahr.com
Robert R. Baron, Jr.
baron@ballardspahr.com
Susanna R. Greenberg
greenbergs@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500

Jodi R. Hill
hillj@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
3300 Tower, Suite 1800
3300 North Central Avenue
Phoenix,AZ85012-2518
(602) 798-5472

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for defendant, certifies that on February 15, 2008, he caused a copy of the foregoing Notice of Motion and Motion of Defendant CSL Biotherapies to Dismiss Counts II and III of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) to be served by ECF transmission, on:

> Daniel A. Edelman
> Edelman, Combs, Latturner & Goodwin, LLC
> 120 S. LaSalle Street, 18th floor
> Chicago, IL  60603

/s/ Marshall L. Blankenship