IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD, <br><br> Plaintiff, <br><br> v. <br><br> CSL BIOTHERAPIES, INC., and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 -CV-837 <br> ) <br> ) Judge Virginia M. Kendall <br> ) <br> ) Magistrate Judge Nan R. Nolan <br> ) |

## NOTICE OF MOTION

To:   Daniel A. Edelman
      Edelman, Combs, Latturner & Goodwin, LLC
      120 S. LaSalle Street, 18th floor
      Chicago, IL  60603

PLEASE TAKE NOTICE that on Thursday, February 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, in Room 2319 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Motion of Defendant CSL Biotherapies to Dismiss Counts II and III of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).

                                         Respectfully submitted,


                                         /s/ Marshall Blankenship
                                         One of the attorneys for Defendant
                                         CSL Biotherapies, Inc.

James D. Adducci
jadducci@adlmb.com
Marshall L. Blankenship
mblankenship@adlmb.com
Adducci, Dorf, Lehner Mitchell
 & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
(312) 781-2800

OF COUNSEL

Burt M. Rublin
rublin@ballardspahr.com
Robert R. Baron, Jr.
baron@ballardspahr.com
Susanna R. Greenberg
greenbergs@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500

Jodi R. Hill
hillj@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
3300 Tower, Suite 1800
3300 North Central Avenue
Phoenix, AZ 85012-2518
(602) 798-5472