## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

INSPE Associates, Ltd.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00837
                                                Honorable Virginia M. Kendall

CSL Biotherapies, Inc., et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 20, 2008:

   MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion to Dismiss Counts II and III [7] is taken under advisement; responses due 3/6/2008; replies due by 3/13/2008. The 2/21/08 presentment date is stricken; no appearance is required. The 3/27/08 Status hearing stands. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.