# EXHIBIT A



Introducing

# afluria
## influenza virus vaccine

# NOW AVAILABLE!
## National Influenza Vaccination Week
## November 26 – December 2

**Thimerosal-free prefilled syringe** 

- Thimerosal-free (mercury-free) and latex-free* (CPT®† code 90656)
- Convenient, single-use, prefilled syringe delivery
- Reliable availability throughout the flu season
- From a trusted influenza vaccine manufacturer with 40 years' experience

### Please see Order Form on next page...

For a list of authorized distributors or to order by phone, please call:

**1-888-4FLU-OFF (1-888-435-8633)**

For more information, please visit www.afluria.com

**Important Safety Information**

Afluria® is indicated for active immunization of persons age 18 and older against influenza disease caused by influenza virus subtypes A and type B present in the vaccine. The indication is based on the immune response elicited by Afluria®; no controlled clinical studies have demonstrated a decrease in influenza disease after vaccination with Afluria®.

Afluria® should not be administered to individuals with hypersensitivity to eggs or chicken protein or other components of Afluria®, or to anyone who has had a life-threatening reaction to previous influenza vaccination.

The most common injection-site adverse reactions were tenderness, pain, redness, and swelling. The most common systemic adverse reactions were headache, malaise, and muscle aches.

Vaccination with Afluria® may not protect all individuals. Immunocompromised persons may have a diminished immune response. If Guillain-Barre syndrome has occurred within 6 weeks of receipt of prior influenza vaccine, the decision to give Afluria® should be based on careful consideration of the potential benefits and risks.

Please see full prescribing information for Afluria®.

*Afluria® is also available in a latex-free, multidose vial formulation containing thimerosal as a preservative (CPT® code 90658).

**CSL Biotherapies**

**CSL Biotherapies**



# AFLURIA® ORDER FORM
## 2007–2008 Influenza Season

**Please complete this form and fax to CSL Biotherapies at 610-290-7450.**

To learn more about CSL Biotherapies and Afluria® please call 1-888-435-8633 or visit:
www.cslbiotherapies-us.com or www.afluria.com

### PLEASE FILL OUT FORM COMPLETELY AND LEGIBLY.

Date: _____ Name of Authorized Purchasing Agent: _____
Title: _____ Telephone: _____
Fax: _____ Email: _____

### PREFERRED DISTRIBUTOR (PLEASE SELECT ONLY ONE.)

| ☐ ASD Healthcare™ (AmerisourceBergen Specialty Group) | ☐ GPS |
|---|---|
| www.asdhealthcare.com | www.gpsmedical.net |
| ASD Acct. # | GPS Acct. # |

☐ Please open a new account for my facility and send me a credit application.

Bill To: _____        Ship To: _____
Facility Name: _____  Facility Name: _____
Attention: _____      Attention: _____
Address: _____        Address: _____
City, State, ZIP: _____  City, State, ZIP: _____

| Product Description | | Quantity | Price | Excise Tax | Total Cost |
|---|---|---|---|---|---|
| **afluria** influenza virus vaccine — Inactivated TIV | Package of ten, single-dose, 0.5-mL prefilled syringes • Thimerosal-free (mercury-free) • Latex-free • CPT™ code 90656, NDC 33332-007-01 | _____ Boxes | $120.00 ($12.00 per dose) | + $7.50 per box of 10 syringes | $ _____ |
| | 5-mL, latex-free, multidose vial • Contains thimerosal as a preservative • Packaged in one 10-dose vial with 10 peel-off labels attached to the vial • CPT™ code 90658, NDC 33332-107-10 | _____ Vials | $70.00 ($7.00 per dose) | + $7.50 per vial | $ _____ |
| | | | | Grand Total | $ _____ |

Customer Signature (REQUIRED)        PO# (REQUIRED)

☐ I am interested in pre-booking for the 2008–2009 Flu Season and my preferred distributor is:
(Please print distributor name)

☐ Pre-Filled Syringes _____ (# of boxes, 10 pack)    ☐ Multidose Vials _____ (# of vials)
☐ My preferred delivery time frame is _____ (month)

You will be contacted in December 2007 to discuss your pre-book.

Afluria® is non-returnable and non-refundable. Orders are not final until confirmed by the selected distributor. If confirmation is not received within 48 hours of placing order, please call 1-888-435-8633 or your selected distributor. A copy of the State Pharmacy license is required to be on file with the Selected Distributor before your order can be shipped. You may fax a copy of the State Pharmacy license along with this order.

☐ (Check if attaching Pharmacy License.)

*CPT is a registered trademark of American Medical Association.

