# ADDUCCI, DORF, LEHNER, MITCHELL & BLANKENSHIP, P.C.

ATTORNEYS AT LAW

SUITE 2130
150 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60601-7524

TELEPHONE (312) 781-2800
FACSIMILE (312) 781-2811

James D. Adducci
Direct Dial No. 312/781-2807
Email: jadducci@adlmb.com

February 21, 2008

**By ECF Electronic Filing**
Michael W. Dobbins
Clerk of the Court
Dirksen Building
219 S. Dearborn St.
Rm. 2044
Chicago, IL 60604

      Re:    Request for Refund – INSPE Associates, LTD v. CSL Biotherapies, Inc., et al. Case No. 08 C 837

Dear Mr. Dobbins:

    On February 8, 2008 I was filing a Notice of Removal with the Northern District of Illinois through the ECF Electronic Filing Program. I encountered a problem while filing the Notice and had to start over again from the beginning. Unfortunately, I had already paid (receipt no. 2526293) the filing fee. On advice from your office I filed again (receipt no. 2526652) and was given a case number, 08cv837.

    I have enclosed the Payment Report which was sent by e-mail on February 12, 2008 describing the duplicate payment. Please refund the duplicate filing fee.

    If you have any questions or need anything further please feel free to contact me at the number below. Thank you for your attention to this.

Sincerely,

James D. Adducci

JDA/jlf
Enclosures

## Jim Adducci

**From:** Nelida_Finch@ilnd.uscourts.gov
**Sent:** Tuesday, February 12, 2008 8:18 AM
**To:** Jim Adducci; Jacqueline L. Faig
**Cc:** Cynthia_Mercado@ilnd.uscourts.gov; Donna_Carey@ilnd.uscourts.gov; Emilia_Garcia@ilnd.uscourts.gov; Leticia_Pacheco@ilnd.uscourts.gov; Adam_Avalos@ilnd.uscourts.gov; Ryan_Edward_Murray@ilnd.uscourts.gov
**Subject:** Possible Duplicate Payment


Dear Counselor:

Our Internet Payment Report reflects that on 02/08/08 you made two payments for $350.00 through pay.gov.

Receipt no. 2526293:        For this receipt no. we never received a complaint.

Receipt no. 2526652:        For this receipt no. we received a complaint and it was assigned case no. 08cv837.

If it was your intention to file two new cases, please call Cynthia Mercado, at 312-435-5560, and she will give you instructions on how to re-submit the complaint for receipt no. 2526293.

If that was not your intention but paid twice by mistake, you can file a "Request for Refund of Filing Fee", which can be found under the "Other Documents" category. Please e-file the request in case no. 08cv837, include your receipt numbers in the request, and indicate which one is the duplicate payment.

In the future, if you don't see that the complaint you e-filed is in case no. 07cv99999 call us before e-filing it again and someone from our office will walk you through the process of re-submitting it.

If you have any questions, please feel free to call the Service Center at 312-435-5691.