IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 837 |
| v. ) | |
| ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., ) | |
| and JOHN DOES 1-10, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

**INITIAL STATUS REPORT**

A.  **ATTORNEYS OF RECORD FOR EACH PARTY**

Daniel A. Edelman, Cathleen M. Combs, James O. Latturner and Julie Clark are counsel for Plaintiff INSPE Associates, Ltd.  James D. Adducci, Robert R. Baron, Burt M. Rublin, Marshall L. Blankenship and Jodi R. Hill are counsel for Defendant CSL Biotherapies, Inc. Trial attorneys are Daniel Edelman for Plaintiff INSPE Associates, Ltd., and Robert R. Baron, Burt Rublin and James D. Adducci for Defendant CSL Biotherapies, Inc.

B.  **JURISDICTION**

This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1367. *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446  (7th Cir. 2005).  Personal jurisdiction exists because plaintiff is a resident of and defendant has transacted business in Illinois.

C.  **NATURE OF CLAIMS ASSERTED**

Plaintiff has alleged that Defendant sent or caused to be sent unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").  Defendant CSL Biotherapies, Inc. denies any liability and denies that

1

class certification is appropriate.

**D.** **SERVICE**

Defendant CSL Biotherapies, Inc. has been served and has appeared through counsel.

**E.** **PRINCIPAL LEGAL ISSUES**

The major legal issues are:

    a.    Whether the Plaintiff is entitled to relief under the TCPA; and

    b.    Whether the requirements of FED.R.CIV.P. 23 are met such that a class should be certified.

**F.** **PRINCIPAL FACTUAL ISSUES**

The major factual issues are:

    a.    Whether any issues relating to consent or established business relationships with the recipients exist;

    b.    how the recipients were determined;

    c.    what, if any third parties were involved; and

    d.    the damages sustained by Plaintiff and/or the putative class

**G.** **JURY DEMAND**

No jury demand has been made at this time.

**H.** **DISCOVERY**

    (A)    The parties will make initial disclosures under Fed. R. Civ. P. 26(a)(1) by April 16, 2008.

    (B)    The parties shall each serve initial set of written discovery on or before May 5, 2008.

    (C)    Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by September 25, 2008.

    (D)    All discovery will close on December 5, 2008.

    (E)    Plaintiff's designation of trial expert (if any), as provided in Fed. R. Civ. P. 26(a)(2), shall be due within 30 days after the close of discovery. Defendants' designation of trial expert (if any), as provided in Fed. R. Civ. P. 26(a)(2), shall be due within 60 days after the close of discovery. Depositions of experts shall be completed within 90 days after the close of discovery.

    (F)    Any dispositive motions will be presented within 30 days after the close of discovery, or by January 12, 2009.

    (G)    Any Motion for Class Certification will be presented within 30 days after the close of discovery, or by January 12, 2009.

**I.**    **TRIAL DATE**

The earliest date that the parties would be ready for trial would be March 22, 2009 and the parties believe that a bench trial would take approximately 3-4 days.

**J.**    **CONSENT TO MAGISTRATE**

At this time, the parties do not unanimously consent to proceed before the Magistrate Judge.

**K.**    **STATUS OF SETTLEMENT DISCUSSIONS**

Plaintiff has presented a settlement demand which is currently under consideration by Defendant.

**L.**    **SETTLEMENT CONFERENCE**

The parties do request a settlement conference.

|  |  |
|---|---|
| s/ Julie Clark | s/ James D. Adducci |
| Julie Clark | James D. Adducci |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Daniel A. Edelman | James D. Adducci |
| Julie Clark | Adduci, Dorf, Lehner, Mitchell & |
| EDELMAN, COMBS, LATTURNER | Blankenship, P.C. |
| & GOODWIN, LLC | 150 N. Michigan Avenue, |
| 120 S. LaSalle Street, 18th floor | Suite 2130 |
| Chicago, Illinois  60603 | Chicago, IL 60601 |
| (312) 739-4200 | (312) 781-2800 |
| (312) 419-0379 (FAX) | (312) 781-2807 (FAX) |

## CERTIFICATE OF SERVICE

  I, Dulijaza Clark, certify that on March 24, 2008, I caused a true and accurate copy of this notice and the documents to be served via the CM/ECF system upon the following parties:

James A. Adducci
jadducci@adlmb.com

Marshall L. Blankenship
mblankenship@adlmb.com

Burt M. Rublin
rublin@ballardspahr.com

Jodi R. Hill
hillj@ballardspahr.com


                  /s/ Julie Clark
                  Julie Clark