**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INSPE ASSOCIATES, LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 837 |
| v. | ) | |
| | ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

### Certificate of Service

I, Julie Clark, hereby certify, that on March 24, 2008, a copy of the **Initial Status Report**, was served via United States Mail on the following parties:

  Robert R. Baron
  Burt M. Rublin
  Ballard Spahr Andrews & Ingersoll, LLP
  1735 Market St., 51st Floor
  Philadelphia, PA 19103


                                  /s/Julie Clark