# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

INSPE Assoc., Ltd.,
Plaintiff,

v.                                                                                      Case No.  08-CV-837

CSL Biotherapies, Inc., and John Does 1-10,
Defendants.

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CSL Biotherapies, Inc.

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6197596 | 312/704-3000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

6301354v1 886676

**CERTIFICATE OF SERVICE**

    I hereby certify that on **March 27, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                          HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | /s/ *David M. Schultz* |
| HINSHAW & CULBERTSON LLP | David M. Schultz |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| Firm's #90384 | |