# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

INSPE Associates, Ltd.,                                             Case    08 C 837

v.                                                                            Judge Virginia M. Kendall

CSL Biotherapies, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CSL Biotherapies, Inc.**

| | |
|---|---|
| SIGNATURE<br>s/ JAMES C. VLAHAKIS | |
| FIRM<br>HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS<br>222 N. LASALLE STREET, SUITE 300 | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06230459 | TELEPHONE NUMBER<br>(312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

6301376v1 886676

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2008, I electronically filed **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and

**Notice has been delivered by other means to:**

Burt M. Rublin
Robert R. Baron
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
tel 215-864-8103

Counsel for Defendant,
CSL Biotherapies, Inc.

s/ James C. Vlahakis
James C. Vlahakis
ARDC No. 6230459
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com