**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

INSPE Associates, Ltd.
                               Plaintiff,

v.                                                   Case No.: 1:08−cv−00837
                                                      Honorable Virginia M. Kendall

CSL Biotherapies, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

     MINUTE entry before Judge Honorable Virginia M. Kendall: Initial status hearing held. Attorney David Schultz' oral motion for leave to appear on behalf of Defendant is granted. Marshall Lee Blankenship and James Dominick Adducci's oral motion to withdraw as counsel for Plaintiff is granted. Fact discovery ordered closed 12/5/2008. Dispositive motions with supporting memoranda due 1/5/2009; responses due 2/2/2009; replies due 2/16/2009. Interim Status hearing set for 9/15/2008. Status hearing set for 12/8/2008 at 9:00 AM to follow the close of fact discovery. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.