UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 837 |
| v. ) | |
| ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., ) | |
| and JOHN DOES 1-10, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION

Plaintiff INSPE Associates, Ltd. respectfully requests that this Court enter an order determining that this action may proceed as a class action against Defendant CSL Biotherapies, Inc.

Plaintiff defines the class as (a) all persons (b) who, on or after January 7, 2004 (28 U.S.C. §1658), and on or before a January 27, 2008, (c) were sent faxes by or on behalf of defendant CSL Biotherapies, Inc. promoting its goods or services for sale.

Plaintiff further requests that INSPE Associates, Ltd. be appointed as class representative and that Edelman, Combs, Latturner & Goodwin, LLC be appointed counsel for the class.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law. Plaintiff files this motion and supporting memorandum in light of the decisions in White v. Humana Health Plan, Inc., 06 C 5546, 2007 U.S. Dist. LEXIS 32263 (N.D. Ill., May 2, 2007) and Brighton v. Nextel, 02 C 7635 (N.D. Ill. Dec. 16, 2002).

WHEREFORE, Plaintiff respectfully requests that this Court enter an order

determining that this action may proceed as a class action.

                                      Respectfully submitted,

                                      s/ Julie Clark
                                      Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)