# EXHIBIT A



# Introducing afluria
## influenza virus vaccine

# NOW AVAILABLE!
## National Influenza Vaccination Week
## November 26 – December 2

**Thimerosal-free prefilled syringe**



- Thimerosal-free (mercury-free) and latex-free* (CPT®† code 90656)
- Convenient, single-use, prefilled syringe delivery
- Reliable availability throughout the flu season
- From a trusted influenza vaccine manufacturer with 40 years' experience

### Please see Order Form on next page...

For a list of authorized distributors or to order by phone, please call:

**1-888-4FLU-OFF(1-888-435-8633)**

For more information, please visit www.afluria.com

**Important Safety Information**

Afluria® is indicated for active immunization of persons age 18 and older against influenza disease caused by influenza virus subtypes A and type B present in the vaccine. The indication is based on the immune response elicited by Afluria®; no controlled clinical studies have demonstrated a decrease in influenza disease after vaccination with Afluria®.

Afluria® should not be administered to individuals with hypersensitivity to eggs or chicken protein or other components of Afluria®, or to anyone who has had a life-threatening reaction to previous influenza vaccination.

The most common injection-site adverse reactions were tenderness, pain, redness, and swelling. The most common systemic adverse reactions were headache, malaise, and muscle aches.

Vaccination with Afluria® may not protect all individuals. Immunocompromised persons may have a diminished immune response. If Guillain-Barre syndrome has occurred within 6 weeks of receipt of prior influenza vaccine, the decision to give Afluria® should be based on careful consideration of the potential benefits and risks.

Please see full prescribing information for Afluria®.

*Afluria® is also available in a latex-free, multidose vial formulation containing thimerosal as a preservative (CPT® code 90658).

**CSL Biotherapies**

## CSL Biotherapies

# AFLURIA® ORDER FORM
### 2007–2008 Influenza Season

Please complete this form and fax to CSL Biotherapies at 610-290-7450.

To learn more about CSL Biotherapies and Afluria® please call 1-888-435-8633 or visit:
www.cslbiotherapies-us.com or www.afluria.com

### PLEASE FILL OUT FORM COMPLETELY AND LEGIBLY.



Date: _____ Name of Authorized Purchasing Agent: _____
Title: _____ Telephone: _____
Fax: _____ Email: _____

### PREFERRED DISTRIBUTOR (PLEASE SELECT ONLY ONE.)

| ☐ ASD Healthcare™ AmerisourceBergen Specialty Group | ☐ GPS |
|---|---|
| www.asdhealthcare.com | www.gpsmedical.net |
| ASD Acct. # | GPS Acct. # |

☐ Please open a new account for my facility and send me a credit application.

Bill To: _____         Ship To: _____
Facility Name: _____  Facility Name: _____
Attention: _____       Attention: _____
Address: _____         Address: _____
City, State, ZIP: _____ City, State, ZIP: _____

| Product Description | | Quantity | Price | Excise Tax | Total Cost |
|---|---|---|---|---|---|
| afluria influenza virus vaccine  Inactivated TIV | Package of ten, single-dose, 0.5-mL prefilled syringes<br>• Thimerosal-free (mercury-free)<br>• Latex-free<br>• CPT** code 90656, NDC 33332-007-01 | _____ Boxes | $120.00 ($12.00 per dose) | + $7.50 per box of 10 syringes | $ _____ |
| | 5-mL, latex-free, multidose vial<br>• Contains thimerosal as a preservative<br>• Packaged in one 10-dose vial with 10 peel-off labels attached to the vial<br>• CPT** code 90658, NDC 33332-107-10 | _____ Vials | $70.00 ($7.00 per dose) | + $7.50 per vial | $ _____ |
| | | | | Grand Total | $ _____ |

Customer Signature (REQUIRED) _____    PO# (REQUIRED) _____

☐ I am interested in pre-booking for the 2008–2009 Flu Season and my preferred distributor is:
_____ (Please print distributor name)

☐ Pre-Filled Syringes _____ (# of boxes, 10 pack)   ☐ Multidose Vials _____ (# of vials)

☐ My preferred delivery time frame is _____ (month)

You will be contacted in December 2007 to discuss your pre-book.

Afluria® is non-returnable and non-refundable. Orders are not final until confirmed by the selected distributor.
If confirmation is not received within 48 hours of placing order, please call 1-888-435-8633 or your selected distributor.
A copy of the State Pharmacy license is required to be on file with the Selected Distributor before your order can be shipped.
You may fax a copy of the State Pharmacy license along with this order.

☐ (Check if attaching Pharmacy License.)

**CPT is a registered trademark of American Medical Association.



# EXHIBIT B

# FAX ADVERTISING DETAILS:

YOU WILL RECEIVE <u>TEN TIMES</u> THE RESPONSE – DOLLAR FOR DOLLAR – WHEN COMPARED TO A NEWSPAPER ADVERTISEMENT!

Our broadcast fax system contains over 40,000 local dialing numbers (approximately one third are in the city of Vancouver). On any one fax run your ad will reach a minimum of 20000 numbers. All numbers are business numbers – a small percentage (less than 5%) are home based. The cost is $400 + GST.

We will send smaller fax runs targeted to your geographical business region. Price list for smaller fax runs:

10000 transmissions - 2.5 cents/fax = $250.00 + GST

7500 transmissions - 2.67 cents/fax = $200.00 + GST

Your ad size is limited to an 8 ½ by 11-inch page.

Note: Your broadcast fax ad will have to contain specific information to meet CRTC

   regulations – this is a simple line that shall be attached - we place a sticker on the

   bottom left corner of the ad, which shows our fax line number. We also place an

   additional line at the bottom of the ad page that will give fax recipients a telephone

   number to call if would like to have their fax number removed from our broadcast

   fax system.

Your ad will take approximately six days (for 20000+ transmissions) to be sent to all destinations.

For fax out date availability, please contact us at (604) 570-0087.

Thank you, we look forward to supplying your business with a very cost effective advertising outlet.

fax advertising

Page 2 of 2



E-mail: faxadvertising@vancouverevents.com

Return to: www.vancouverevents.com

# EXHIBIT C

Greater Phoenix Chamber of Commerce                                      Page 1 of 3



Greater Phoenix
Chamber of
Commerce



FIVE STAR ENTERTAINMEN[T]

advertise with



*Looking for effective, yet inexpensive advertising opportunities*
*You need to advertise on www.phoenixchamber.com or within our mult[iple]*
*vehicles.*

## Online Advertising at www.phoenixchamber.com

**Banner Ads**
*$38/cpm (cost per thousand views) for a fixed or targeted position. Due to space
this is subject to availability.

Or

*$23.75/cpm (cost per thousand views) for a run of site campaign. This allows yo[u]
be seen on a rotating basis throughout each page of our site.

*What are my ad size options?*
468x60 banner - Must be received fully produced in a .gif or .jpg file format of les[s]



120x60 banner - Must be received fully produced in a .gif or .jpg file format of les[s]



*How do I develop banners?*
Banner development is available through a number of Greater Phoenix Chamber
service providers. For more information, visit our online Membership Directory in
categories of Graphic Design or Web Site Development/Graphics.

*How do I know if my banners are successful?*
Each month advertisers will be e-mailed a tracking report that provides total impr[essions]
throughs and page views for each banner placed.

**Online Discount Coupons** (unlimited coupons may be purchased for $35 ea[ch]
month)
Offer online discount coupons for your products and services via the Chamber's [site].
These online coupons will be available to all visitors to the Chamber's site (not ju[st]
other members). There will be no category exclusivity offered and there is no limi[t on]
number of participants. Advertisers must supply company name, address, phone [email]
address, link to company Web site (opens in new browser window) and online di[scount]
offer.

**"Spotlight on Business"** ($35 per month; cannot advertise in consecutive m[onths])
Promote your business specialty within this "spotlight" section. The "spotlight" wil[l]

Greater Phoenix Chamber of Commerce                                              Page 2 of 3

describe your business.

"Tip of the Month" ($35 a month; can advertise in consecutive month with a
Share your "business tip" with our online visitors. Business tip topics are unlimited
must submit a one paragraph "tip," company name, address, phone, e-mail addr
company web site (opens in new browser window).

## Print Advertising

<u>Today monthly newsletter</u> (Special pricing available for multiple months or com
purchased)

- INSERT FLYERS (Inserted into the monthly newsletter)
  *Quantity and Cost*: 6,500 company flyers supplied ($475/month for Greate
  Chamber and Greater Phoenix Black and South Mountain Chamber meml
  *Deadline*: 15th of each month; distributed on the 25th of each month
  *Specifications*: Must be no larger than 8 1/2" x 11." B/W inserts print on 20
  stock; Color inserts print on a maximum weight of 80 lb. coated book/text
  Glossy inserts print on 80 lb. coated book/text paper stock.
- BACK PAGE ADS (Space for four quarter page ads per month available
  newsletter back page on a first-come, first-serve basis).
  *Size*: 3.75" wide by 5" tall ad for newsletter Deadline: 10th of each month;
  the 25th of each month
  *Cost*: $575 per month for a three-month commitment (for a total of $1725)
  *Specifications*: Camera-ready ad must be supplied on film or disk for IBM.
- MAILING ENVELOPE ADS (Space for two quarter page ads per month or
  back cover of the newsletter mailing envelope available on a first-come, fir
  basis)
  *Size*: 3.75" wide by 5" tall ad for envelope
  *Deadline*: 10th of each month; distributed on the 25th of each month
  *Cost*: $750 for a one time commitment; $675 for a seven time commitmen
  a 12 time commitment
  *Specifications*: Camera-ready ad must be supplied on film or disk for IBM.
  and mailing envelope combo (Space for two quarter page ads per month a
  first-come, first-serve basis. Same size, deadline and specifications as list
  *Cost*: $750 per month for a three-month commitment (for a total of $2250)

Broadcast Fax Advertising (Circulate your full page offer to thousands of Phoer
businesses)

| Quantity | Member cost |
|----------|-------------|
| 10,000   | $249        |
| 20,000   | $460        |
| 30,000   | $630        |
| 40,000   | $760        |
| 52,000   | $884        |

Bill Stuffers (Inserted with invoices and other monthly mailings; max five inserts
Cost per thousand inserted is $50 with a requirement of 3 months. Provide 3,000
8" x 3.25" 20 lb. sheets. Deadline is the 15th of each month.

<u>Chamber Weekly broadcast fax/e-mail</u> (One message per week included on a

Greater Phoenix Chamber of Commerce                                                                                                                    Page 3 of 3

to when the message should appear. A hyperlink to your company can be includ... mail version. Cost per edition is $125. The combined distribution for the fax and ... member companies.

**I want to advertise now! What do I do?**
Click here or call (602) 495-2194 to begin reaching our more than 4,600 member... and more than 20,000 monthly local and nationwide online visitors.

*Non-members may advertise for an additional 50 percent over the above p...*

main page | what's new | events calendar | business directory | become a member | member-only reso... seekers & employers | publications | doing business in Phoenix | government affairs | small business ... affiliates | business & government links | residential relocation, travel & tourism | online partne... about the Chamber | contact us | site map | advertise with us

© 2000 Greater Phoenix Chamber of Commerce



# EXHIBIT D

fax blasting - fax broadcasting                                      Page 1 of 3

### Fax Blasting

Fax blasting is a powerful marketing tool for your business...



### AdMax Marketing

### We Generate Leads for Your Business

| Fax Blasting | Fax Numbers | Fax Blast Tips |
| Email Marketing | Web Design/Ranking | Banner Exchange |

### Fax Blasting: 3 Easy Steps to Get Your Fax Message out.



Fax blasting is a powerful tool for your business. We are AdMax Marketing. A marketing company for the large, small, or home business owner who is looking for a way to create LEADS and SALES through low cost, targeted fax blasting, email advertising, and effective web site design and promotion techniques. These methods have produced incredible sales activity in just days for many of our clients! We can also make them work for you.

Although a small company, the colleagues involved have over 20 years combined experience in sales and marketing. Projects have included large scale print campaigns, radio, television, trade shows, and more recently... successful Network Marketing campaigns through fax blasting, email advertising, and web site promotion.

Our unique affiliation with the some of the largest providers in the world allows us to provide these services to you at a price lower than you can find anywhere else.

If you want your business to grow,

valuable time to review this information. And don't hesitate to contact us with any questions - or to get a FREE CONSULTATION for your business needs!

### FAX BLASTING
Fax blasting the right flyer can be a predictable and reliable way to produce instant cash flow! We have some of the Lowest Prices - and *We Guarantee 100% Delivery!* (As low as 4¢ per fax for large orders.)

### OPT-IN EMAIL ADVERTISING
Opt-in email advertising can generate truly awesome results! *200,000 email deliveries for only $199!* Let us help you design a winning email campaign for your product, service, or income opportunity!

### WEB SITE DESIGN
We specialize in *affordable*, short format web pages designed specifically to *rank high* in the search engines - and convey all your important information! Proper HTML code, combined with proper keyword usage, will help your web site generate hits for itself! If you're not getting hits by now, then read this page.

### CUSTOM WEB SITE SUBMISSION
Achieve Top 10-20 Ranking! That's what we can do for you! Over 90% of web site traffic originates from the search engines!! If you have a web site, your next step is to get traffic to it! Our custom techniques have earned us Top 10 Ranking in ALL of the top search engines like Yahoo!, Alta Vista, Excite, Lycos, Snap, Go, MSN, Google, Web Crawler, and more!

### FAX LISTS
We can build you custom lists for your Faxing, Telemarkeing, or Direct Mail campaigns. Call for details.

### BUSINESS OPPORTUNITY
Business opportunities come and go. If you are still looking for "the one" that actually makes you money, and will not go away, take a couple minutes to look this over!

Copyright 1998 ©



We like to share valuable and interesting websites with our visitors. Here's a few samples.

fax blasting - fax broadcasting                                               Page 3 of 3

Free Web Page Counter   Free Autoresponders
Free Fax Number   Free 800 VoiceMail   Web Tracking Software

amazon · ebay · mp3 · icq · zdnet · morpheus

Fax Blasting with

**AdMax Marketing**

949-369-7014        9:00 - 4:00 Pacific

 Send Us Email

fax advertising·fax broadcasting·fax lists·fax blasting

 Free fax blasting consultation... just Email Us Right Now!  Type "fax blasting" in the subject heading, and we'll get back to you back ASAP!  We can help you create a powerful fax blasting campaign.

# EXHIBIT E

# Membership Services

## Quarterly Newsletter Advertising

- Mailed to more than 33,000 area households in Bellevue, Papillion, Plattsmouth, Omaha, Offutt, Ralston, LaVista & South Omaha
- ZIP codes include 68005, 68046, 68048, 68107, 68113, 68117, 68123, 68127, 68128, 68133, 68136, 68138, 68147 & 68157
- Content includes news & events concerning Bellevue & the Chamber
- Publication dates & rates to be announced
- Produced & distributed by the Omaha World-Herald. For more information call 444-1509

## Mailing Labels & Business Lists

- Mailing labels & business listings include fields such as name, representative, address, phone, fax, etc.
- Can be sorted by ZIP, alphabetically or by type of business
- Label cost: $10 for member only list or $30 for all Bellevue businesses and key Offutt personnel. Printed lists are free to members.

## Broadcast Fax Advertising

- Business card size advertisement on 8.5 x 11 weekly broadcast fax
- Faxed to more than 550 area businesses
- Includes typesetting & proof
- Cost: $30 per fax or $100 for four (4)

## Web-site Listings

- www.BellevueNebraska.com business listing
- Includes business name; address, phone, fax, type of business, hours of operation, paragraph description of business and links to e-mail and web-site if available
- Business must complete business listing form

## Membership Directory

- Published in print
- Listings include business name, address, phone, fax, and web-site addresses if available
- Includes extensive demographic information about Bellevue
- Publication used for business to business networking

## Ribbon Cuttings, Ground Breakings & Grand Openings

- Ribbon cuttings, ground breakings & grand openings hosted at your business
- Announcements made on broadcast fax, BellevueNebraska.com calendar of events and all other printed materials (time permitting) with advance notice
- 3-foot scissors, ribbon & certificate of appreciation presented
- Businesses are encouraged to invite friends, suppliers & neighbors to attend

## Networking Opportunities

- Attend a monthly membership meeting, luncheon & other Chamber sponsored events
- Get active on a Chamber committee & make a difference for your community
- Attend ribbon cuttings
- Display your brochure in Chamber office
- Enroll in the Chamber's Leadership Development Program

Membership Services

- Display your membership plaque in a visable place
- Host an After Hours Reception at your business location
- Host a Cards & Coffee at your business location

*This web-site is hosted by Gryphon Consulting Service and maintained by the Bellevue Chamber of Commerce.*

# EXHIBIT F

# THE PALM BEACH FAX & WEB COMPANY since 1992
*The Leader in Local FAX, Email & WEB Advertising!*                              Contact

| Home | About Us | Local Advertising | FAX | Email | Payment |
| WEB | Hosting | Design | Lists | LivingFLA.com | Add Event |

**FAX**

- Broadcast FAXing
- FAX Advertising - THE FAX
- Receive Our FAX
- Add Your Event to THE FAX
- FAX Lists
- FAQ

## Broadcast FAXing

Outsource your FAXing to us.

We specialize in FAXing for groups, organizations and associations. We can easily create and handle your FAX Newsletters, client databases and more.

We're a different kind of Broadcast FAX Company.
Our specialty is local FAXing within South Florida.

Unlike other FAXing companies, we charge by the page FAXed and not by the minute. This helps you determine the exact cost. We specialize in working with your existing client list & FAXing out your information. Our graphic designers can design your clear, legible FAX documents at no extra charge.

*We also provide FAX Lists. Click for more list information.

| Basic Costs | |
|---|---|
| 1 Time Set Up Fee | $50 |
| Local BULK FAXing Per Page - Jupiter to the Keys | 5¢ - 15¢ |
| Volume discount rates available. | |

Example:
FAXing a 1 page document to 1,000 clients.
1,000 x .15 = $150 + 1 time set up fee of $50 = $200.

Details

| Set Up | |
|---|---|
| 1 Time Set Up Fee | $50 |
| Data Entry from disk - dBase or ASCII Text | $50 |
| Manual Data Entry - per contact | 75¢ |

| Per Page | |

The Palm Beach FAX & WEB Company :: 561 637 4490                    Page 2 of 2

| | |
|---|---|
| Local - Jupiter to the Keys | 5¢ - 15¢ |
| In Florida Long Distance | 5¢ - 15¢ |
| Out of State | 5¢ - 15¢ |
| Quantity discount rates available. | |

| Other Services | |
|---|---|
| Manual Data Entry - per Name / FAX # | 75¢ |
| Typesetting - per page | $45 |
| Graphic Design - per hour | $45 |
| Scanning - per image b/w or color | $15+ |
| Scans of slides and negatives. | $5, 25 minimum |

General Information

. BULK FAXing rates cover letter size page with logo & basic text.
. Pages with heavy detail may increase rate per FAX.
. FAX(S) will be sent at off peak times whenever possible.
. Customer assumes all responsibility for gaining permission to FAX recipients.

Future changes in local & long distance phone company rates & policy may affect all rates & special discounts.

Copyright © 2002 The Palm Beach FAX & WEB Company | Legal | Updated on Monday, September 2, 2002 8:01 PM            [ top ]