# EXHIBIT G

# Employee Resource Book






# Table Of Contents

▪ Section 1 - Sales Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

   Part 1 -   Job Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

   Part 2 -   Marketing Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

   Part 3 -   Filter and Qualifying Methods . . . . . . . . . . . . . . . . . . . . . . . . 5

   Part 4 -   Lead Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

   Part 5 -   Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

   Part 6 -   Sales Pitches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

   Part 7 -   Cost Per Acquisition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

   Part 8 -   Pricing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

   Part 9 -   Commission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

   Part 10 -   Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

   Part 11 -   Expectations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

▪ Section 2 - Compliance Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

▪ Section 3 - Graphics Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

▪ Section 4 - Financial Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

▪ Section 5 - Human Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24



# Section



Sales Department

| Sales Department | QUICK REFERENCE |
|---|---|

• Account Exe. - New Business

• Account Rep. - Support

• Fax Broadcasting - Visual

# PART 1 - JOB DESCRIPTION

## ACCOUNT EXECUTIVE

An account Executive's primary job is to acquire new business and maintain a base of current customers.

Their responsibilities include:

1. Day to day account management
2. Collection of money
3. Prospecting
4. Meeting deadlines of forecast

## ACCOUNT REPRESENTATIVE

An account representative's primary job is to support the Account Executives within their team with processing jobs, maintaining current accounts, and performing administrative duties.

Their responsibilities include:

1. Processing order request
2. Processing daily jobs
3. Tracking money
4. Account maintenance

# PART 2 - MARKETING METHODS

## FAX BROADCASTING

Fax Broadcasting is a system that sends a one-page document to multiple fax machines simultaneously. The document features a particular product or program a client wishes to market to consumers or businesses.

How does it work?

The client chooses an area from which they would like to market their product. We then query that area for fax numbers. Either the client then provides an ad or our graphics department develops an ad. The client then picks a date and time they would like to send their ad to the designated fax numbers.

NOTES

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**QUICK REFERENCE**        Sales Department

- SIC Database

- Geographic Database

- Completion Rate Is 75%

- Voice Broadcasting - Sound

Database:

The database is split into two categories:
- SIC (Standard Industry Code)
- Geographic (Proprietary Database)

The database can be queried as follows:

- Country
- State
- County
- MSA (Metropolitan Statistical Area)
- Zip Code
- Area Code
- City
- Area Prefix + Distance
- Industry

It is best to speak with your customer and figure out the best query type to fit their needs.

4 Reasons Why We Are A One-Stop Shop:

1. Database
2. Capcity
3. Graphics Department
4. Compliance

NOTES

**Completion Ratios**
Fax campaigns complete at 75% of the faxes that are broadcasted. To ensure that your client receives the targeted amount that they paid for, you must submit 50% more numbers above the targeted amount.

**Seeded Faxes**
Upon submitting each fax job, your client's fax number will be submitted into the number query. They will receive a copy of their fax for each job (hour) that runs. It is best to advise your clients of this service. Please remind them that the quantity they receive depends on how their job is split in our system, it does not reflect the number of ads sent out to each customer.

**Type of Faxes Sent**
It is best to send a one-page ad with a transmission time of one minute or less. During that time, the Graphics Department reviews the client's provided ad or creates an ad, and they will check the transmission time and make the appropriate adjustments. If the client's provided ad does need adjustments this will incur a cost. Make sure you check with graphics beforehand.

3

| Sales Department | QUICK REFERENCE |
|---|---|

• All Industries Database

• Travel Only Database

• Deliver by:

• Answer Machine

• Live Person

Reporting
See attached examples.

## VOICE BROADCASTING

The Voice Program is a system that generates calls by leaving a brief message on an answering machine and/or to a live person. The message features a particular product our client wishes to market to consumers. The calls generated can go directly to our clients or through our call center.

How does it work?

We dial to thousands of people across the United States. Interested consumers then dial the 800 number heard on the message to express their interest. These calls are either filtered through our call center, IVR, or sent directly to the client.

Database:
Our database has a total of 80 million phone numbers. The following states are excluded from our database due to compliance:

    All Industries- AK, HI, NC
    Travel Only- AK, HI, NC & FL

Methods of message delivery:
1. Message 1 (M1) - Answer Machine
The M1 message is left on an answering machine with a toll free number for people to call back. Interested callers will return the call at his or her convenience.

2. Message 2 (M2) / Touch 1-(T1) - Live Person
The M2 / T1 message plays to a live person. The interested caller can Press 1 to speak to someone immediately or take down an 800 number and choose to call at his or her convenience.

3. Touch 1 (T1) Only - Live Person
The T1 message plays to a live person but does not contain a toll free number for people to call back. Their only option is to press 1 to be connected immediately.

Scripts:
1. Outbound Script:
The sales representative types this script (message) for their client. This is the message that is played to the consumer.

2. Call Center Script:
This script contains the questions you would like our call center to ask the consumer when they call in. These questions are qualify/non-qualifying type of questions that are asked to see if the consumer can be transferred to the actual client.

NOTES

4

## QUICK REFERENCE | Sales Department

- Call Center
- Live Hot Transfer
- Live Capture Transfer
- IVR (Interactive Voice Response)

**Reporting:**
See attached examples

**EMAIL:**
New Product Coming Soon.

# PART 3 - FILTER AND QUALIFYING METHODS

**Call Center**
The call center is a live answering center that filters compliance and qualifies interested callers per the criteria set forth by the client.

- **Live Hot Transfer**
  The call center intercepts the call for removal of compliance and qualification of the caller. If the caller qualifies based on client criteria, then they are "transferred live" to the client.

- **Live Captured Transfer**
  The call center intercepts the call for removal of compliance and qualification of the caller. If the caller qualifies based on client criteria, then the caller's information is captured and electronically sent to the client or designated website.

**IVR (Interactive Voice Response)**
IVR is an interactive voice system that plays a pre-recorded voice message to the caller prompting then to answer 3-6 qualifying questions. Upon receiving the qualified information, the IVR system will transcribe the information and electronically send to the designated website within 24 hours.

- **Transcribed Lead**
  Captured information from the IVR System, that is electronically sent to the designated website.

NOTES
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

5

Sales Department

• Hot Transfer - Live

• Live Captured - Electronic

## PART 4 - LEAD PROGRAMS

A.   Hot Transfer

```
                    ┌───────┐
                    │  Fax  │
                    └───────┘
┌───────────┐                    ┌──────────┐  "Live"    ┌──────────┐
│ Marketing │ ────────────────── │   Call   │ ─────────  │  Client  │
│  Company  │                    │  Center  │ Transfer   │  "Live"  │
└───────────┘                    └──────────┘            └──────────┘
                    ┌───────┐
                    │ Voice │
                    └───────┘
```

B.   Live Captured Transfer

```
                    ┌───────┐
                    │  Fax  │
                    └───────┘
┌───────────┐                    ┌──────────┐  Electronic  ┌──────────┐
│ Marketing │ ────────────────── │   Call   │ ───────────  │ Client or│
│  Company  │                    │  Center  │  Transfer    │  Website │
└───────────┘                    └──────────┘              └──────────┘
                    ┌───────┐
                    │ Voice │
                    └───────┘
```

NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6

**QUICK REFERENCE**    Sales Department

- Transcribed - File Download

- Inbound - Direct To Client

(Lead Programs Cont.)

C.   Transcribed Lead



NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D.   Inbound Lead



7

---

Sales Department                          **QUICK REFERENCE**

# PART 5 - APPLICATIONS

## MORTGAGE

Most of the customers that we have in the mortgage industry are looking for refinance leads. Some of the clients will do first but the majority is looking for 2nds or cash outs. We have found that this application lends itself to faxing. There is an even split between straight faxing and hot transfer. Most of the customers that do hot transfer are taking out compliance. There are other questions that can be added to qualify a call but each question adds to the cost of the lead.

Screening Questions:

1. What is your current interest rate?
2. What is the current balance on your loan?
3. How would you rate your credit?

Contact
You will be dealing with mostly small to midsize companies and asking to speak to the owner or marketing manager.

Pricing
The pricing for mortgage faxing should start at .07 cents. Unlike a travel client or stock client, you may be able to get another penny. When it comes to transfer cost on a Hot Transfer, you should be able to get $5.00 because of C.P.A.

Volume
Because of intense pressure in the mortgage industry, you should be looking for a client that will do at least 50,000 faxes a week.

## INSURANCE

Another category that lends itself to our program is Health Insurance. Other types of Insurance like life and auto do not seem to lend themselves to our marketing techniques. That does not mean we would not try it but health insurance is the most successful. The only way to generate the lead is faxing. There are different ways to handle the call after a fax goes out through one of the two different methods:

1. Hot Transfer:
The first method involves taking and screening it. We can also ask some qualifying questions for example:
"Do you have any pre-existing conditions?"
"How old are you?"
"Are you currently on any prescriptions?  Etc..."

**Sidebar (Quick Reference):**
- Mortgage:
- Small/Midsize Companies
- Faxing Start at $.07
- Transfers Start at $5.00
- 50,000 Per Week in Volume
- Insurance:
- Hot Transfer
- IVR

NOTES

8

**QUICK REFERENCE** | Sales Department

- Insurance Cont.:
- Contact Owner of Indy Agency
- IVR Fixed at $1.00
- 100 Leads Per Week Min.
- Debt Consolidation:
- Contact Owner or Floor Manag.
- $35.00 - $40.00 Per Lead
- 100 Leads Per Week Min.

NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

**2. IVR (Interactive Voice Response)**

When the caller returns a call to a toll free number, they listen to a pre-recorded message, answer a series of questions, and are told that an insurance expert will get back to them within 24 hours. As a fax closing ratio, this could possibly be the best qualified lead we generate.

**Contact**

You will be looking for the owner if it is an independent agency or the branch manager if it is a national company.

**Pricing**

Pricing is based on the cost of the faxing and on either the cost of the transfer of the IVR charge. The IVR cost is fixed at $1.00 and the call center charges can vary depending on the qualifying questions.

**Volume**

You do not want to start this program unless the customer will do at least 100 leads a week.

## DEBT CONSOLIDATION

Our debt consolidation customers are looking for clients with a specific amount of unsecured debt. The range is usually between $5,000.00 and $10,000.00. This debt must exclude car loans and taxes. Our debt consolidation customers use voice and do not use faxing. Most ask the same qualifying question with the only exception being the amount of debt the client expects. Most debt is on unsecured credit cards. These clients may have states they cannot work in so it is good to ask these questions up front. You also need to know the call center hours that they operate. It is also a good idea to ask if they have the proper phone system that will roll to the first available agent. It is critical that our call center can make the transfer quickly (10 to 15 seconds) is ideal. If a customer holds for 30 seconds, there is a good possibility that the customer will hang up.

**Contact**

You will be trying to contact the owner but sometimes your initial contact will be with a marketing manager or a call center floor manager. You can at times get a lot of information from someone who handles day-to-day operations then the owner.

**Pricing**

The pricing for a debt consolidation lead ranges from $35.00 at the low end to $40.00 at the high end. If the customer will take any debt over $5,000.00, the cost is $35.00. If the client needs $10,000.00 then the cost is $40.00. For the most part, there is not a volume driver price because our cost remains fixed to generate the lead.

**Volume**

We do not want customers that want below 100 leads a week, which is the minimum. Any customer that wants more than 500 leads a week would require a ramp up period of a few weeks. Please discuss this customer with your manager before quoting a price.

| Sales Department | QUICK REFERENCE |
|---|---|

• Travel:

• Contact Manager of Room

• Price By Volume (Start at $.05)

• 20k - 100k Faxes Per Day

• 50k - 200k Dials Per Day

• Auctions:

• Contact Owner

• Price Based on Volume

• Large Volume Per Auction

## TRAVEL

The travel application consists of a company that is selling a travel package to consumers. The travel packages range in price from $99.00 to $249.00 per double occupancy. The destinations are primarily Orlando Fla. with a bonus destination in Ft. Lauderdale. This is only one example, some destinations are different. The objective of the travel company is to drive as much business as possible to the resort they are selling for, and have the consumer who buys the package purchase a time-share at the resort they are staying.

The marketing is done through fax broadcasting or voice broadcasting. In most cases, the travel room will take the call directly and take care of their own compliance. Please make sure with this application you get all of your money up front; they are notorious for not paying their bill.

### Contact
The contact is usually the manager of the travel room or they will have a specific person who deals with the marketing.

### Pricing
Pricing is determined by volume, but a good place to start is $.05 per fax and with voice broadcasting please speak with your manager.

### Volume
Volumes can be very heavy, they range from 20,000 - 100,000 faxes a day. The voice broadcasting can range from 50,000 - 200,000 dials a day.

## AUCTIONS

Faxing is the only way to advertise an auction, voice does not work. It is usually used as a supplement to newspaper and radio. Radiuses are the best way to quarry the data. If they get a good response, they will go over and over. It is a good idea to have a discount offer with the fax biasfree admission or registration with copy of fax. There are several types of auctions from jewelry to furniture to cars. A good way to find auction leads is the newspaper.

### Contacts
You will be trying to reach the owner or marketing agent.

### Pricing
Pricing is volume based but you can usually get a higher price because of their unfamiliarity with fax pricing and the strength of our data. They also seem to like the fact that we have a graphics department because their ads can sometimes be tricky to build.

### Volume
The volume on these accounts are usually large but on a one-time basis per auction.

NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

**QUICK REFERENCE**   Sales Department

- Largest Database

- Full Compliance Department

- In-House Graphics Department

- Millions of Faxes Per Day

- One Stop Shop

- $.05-.12 Per Fax

- Fax Tracking

- Transfer Leads at $4.00

# PART 6 - SALES PITCHES

### FAX BROADCASTING PITCH

"Hi, my name is Randy Thomason. It looks like you called in today inquiring about our fax broadcasting/advertising services."
"What type of business do you have?"
"Who would you say is your target market?"

**Database**
We have the largest fax database in the country. We can break our database up geographically by state, county, city, area code, zip code, etc. We can also break up our database by industry, S.I.C. (Standard Industry Classification) code.

**Compliance**
We have a full-service compliance department consisting of 4 live people that will handle all of the removal calls and legal issues.

**Graphics**
We have a professional in-house graphics department to help you build an advertisement, or touch up a current ad you have to make it as effective as possible.

**Capacity**
We have the ability to send millions of faxes per day.

**One Stop Shop**
We are the only fax broadcasting company with the capability to do everything . (Database, Compliance, Graphics, & Capacity) in-house.

**Pricing**
Because we can offer all of this, we are a little more expensive than other fax broadcasting companies. Our prices range from 12 - 5 cents depending on volume.

**Tracking**
We track every fax that we send out to ensure that an ad in the same industry will not be sent to the same data within a 2-week period. This in turn helps response by making sure every ad sent out goes to fresh data. We also offer you as a client the ability to track every inbound call via the internet. The average response per fax is about 1 percent depending on the industry.

**Fax Filter**
If you have a call center that wants to take leads only and not compliance calls, we can filter the call through our call center and send you only hot, fresh leads. The charge per transferred lead is $4.00.
"When are you looking to advertise?"
"Would you like me to fax over the sales order form for the amount we discussed?"

NOTES
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

Sales Department |

- Inbound Calls:
- Scripted Voice Messages
- Hot Transfers of 800 Numbers

### VOICE BROADCASTING PITCH

"Hi, my name is Randy Thomason. It looks like you called in today inquiring about our voice broadcasting/lead generation services."

"What type of business do you have?"

"We have two programs involved with voice broadcasting, inbound call and hot call transfer."

**Inbound Call Program**

We have a database of phone numbers nationwide that we are able to broadcast a 30 to 45 second scripted voice message. The response to the outgoing message goes directly to the clients call center/sales floor. We also offer the client the ability to track every inbound call via the Internet.

The client pays up front per outbound dial from .01 to .02 cents depending on volume. The minimum order is 50,000 dials per day or 250,000 per week.



**Hot Call Transfer**

This program also has an outgoing scripted message, but the difference is that the message has an 800 number that leads back into our call center. The trained professional in our call center then filters the call by taking out all compliance calls and screening the call by asking 3 to 5 qualifying questions. My call center associate then does a hot transfer of the qualified lead to your sales associate. These leads are fresh and unique leads that will only be sent to you. The clients are able to track every hot call transfer including the answers to all the qualifying questions on our website.

The average response per dial is about .001 depending on the industry. The clients also pays up front per dial plus an estimated per transfer cost of $4.00 per.

"When are you looking to advertise?"

"Would you like me to fax over the sales order form for the amount we discussed?"

NOTES

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**QUICK REFERENCE** | Sales Department

- CPA Formula
- Volume Helps Dictate Pricing

# PART 7 - COST PER ACQUISITION (CPA)

CPA is a term used in advertising/marketing meaning advertising costs involved per sold product or service. The following is the formula and a sample CPA based on a fax filter.

**CPA Formula**
Advertising Costs / (Total leads X closing ratio) = CPA

**Sample CPA**
100,000 faxes @ .07 = $7,000.00 (Advertising cost)
Client gets an average response of .005 = 500 calls
500 calls x 30% compliance = 150 removals
$8,400 / 350 = $24.00

**Cost Per Lead**

Transfer cost per lead of $4.00 per = $1,400.00 (Advertising cost)

Client closes 15% of the leads = 52.5 Units sold

$8,400 / 52.5 = $160.00 CPA

NOTES

# PART 8 - PRICING

### FAX BROADCASTING

.15 cents per fax...............All data included
.12 cents per fax...............Data provided by client

Prices are based on the standard transmission time of one minute. Faxes that exceed one minute will automatically be charged for overtime at .01 cents per 10 seconds. Only faxes that are successfully transmitted will be charged.

Volume Discounts:

| Fax Blocks | All Data Included | Data Provided By Client |
|---|---|---|
| 25,000 | $.12 | $.09 |
| 50,000 | $.11 | $.08 |
| 100,000 | $.10 | $.07 |
| 250,000 | $.09 | $.06 |
| 500,000 | $.08 | $.05 |
| 1,000,000 | $.07 | $.04 |

## Sales Department

• Different Fax Filters Available

• Voice Broadcasting:

• Volume Helps Dictate Rates

• Usually Between $.01 - .02

**Fax Filter- Live Hot Transfer**
See above pricing for fax filter pricing and the Live Hot Transfer, fee of $4.00 per transfer.

**Fax Filter- Live Captured Transfer**
See above pricing for fax filter pricing and the live captured transfer fee is $4.00 per transfer.

**Fax Filter- Transcribed Lead**
See above pricing for fax filter pricing and the transcribed lead fee is $1.00 per transfer.

**Fax Filter- Inbound Call**

Example:
50,000 (faxes per day) x .07 cents (rate per day) = $3,500.00
50,000 (faxes per day) x 1% (response) = 500 calls
500 (calls) x 50% (compliance) = 250 (calls)
$3,500.00/250 (calls) = $14.00

### VOICE BROADCASTING

**Outbound Voice**
Pricing is between .01 cents and .02 cents per dial based on the volume.

**Outbound Voice-Live Hot Transfer**
Pricing is between .01 cents and .02 cents per dial based on the volume and add an additional .0025 cents per dial for the Live Hot Transfer fee.

**Outbound Voice-Live Captured Transfer**
Pricing is between .01 cents and .02 cents per dial based on the volume and add an additional .0025 cents per dial for the Live Captured Transfer.



**Outbound Voice-Transcribed Lead**
Pricing is between .01 cents and .02 cents per dial based on the volume and add an additional .0025 cents per dial for the Transcribed Lead.

**Outbound Voice-Inbound Call**
Same pricing as Outbound Voice.

NOTES
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14

**QUICK REFERENCE**  Sales Department

- Commission:

- From 2.50% to 20.00%

- Voice is 20% of Gross Profit

- Goldmine Tracks Client's Data

# PART 9 - COMMISSION

### · FAX BROADCASTING

| Price Per Page | Commission |
|---|---|
| .0350 - .0399 | 2.50% |
| .0400 - .0499 | 5.00% |
| .0500 - .0599 | 7.50% |
| .0600 - .0699 | 10.00% |
| .0700 - .0799 | 12.50% |
| .0800 - .0899 | 15.00% |
| .0900 - .0999 | 17.50% |
| .10+ | 20.00% |

Straight Faxing
Fax Filter- Live Hot Transfer
Fax Filter- Live Captured Transfer
Fax Filter- Transcribed Lead
Fax Filter- Inbound Call

### VOICE BROADCASTING

Commission is 20% of gross profit.
Gross Profit is the rate charged less the Broadcasting fees and Transfer fees.



NOTES

_____
_____
_____

Outbound Voice- Dials
Voice- Live Hot Transfer
Voice- Live Captured Transfer
Voice- Transcribed Lead
Voice- Inbound Call

_____
_____
_____

### MONTHLY BONUS PROGRAM

_____

| New Business | Commission % | Bonus |
|---|---|---|
| $0 - $9,999.00 | 50% of Regular Commission | $0.00 |
| $10,000.00 - $24,999.00 | Regular Commission | $500.00 |
| $25,000.00 - $49,999.00 | Regular Commission | $1,000.00 |
| $50,000.00 - $74,999.00 | Regular Commission | $2,500.00 |
| $75,000.00+ | Regular Commission | $5,000.00 |

15

Sales Department

**QUICK REFERENCE**

- Account Exec. Fills Out Forms
- Webapp Helps Track Jobs/Client

# PART 10 - PROCESSING

Goldmine
An Account Executive's tool to maintain and track client's database. The Account Executive is responsible for entering all new accounts into Goldmine.

Forms
The following forms must be completed by the Account Executive:

- New Customer Form
- Order Request Form
- Prospecting Call Sheet
- Lost Business
- Forecast
- Call Center Script
- Outbound Script
- Credit Request Form

Webapp
Webapp is the company's main frame that administers and tracks all the fax jobs, reporting, and website call tracking.

The Account Executives will be responsible for understanding the following sections:

- Broadcast Query
- Enterprise Reports
- Real Time Accounting
- Soho Transcribed Leads
- Real Time Fax Status
- Real Time Lead Status

# PART 11 - EXPECTATIONS

90 Day Action Plan
Account Executives- See Manager

NOTES

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



# Section Two





**Compliance Department**







## Compliance Department

Compliance is a crucial part in the overall operation of our companies. They are responsible for receiving all demand letters, e-mails, lawsuits and other legal documents. Upon receipt of these items, compliance tracks all documents (via computer) to their final resolution. They speak with all complaining parties and administer a complete investigation into the party's complaints or demands. Compliance handles all removals of fax numbers as well as appearing in court on all legal matters. It is through compliance with the combined efforts of all associated parties that allows for our customers to continue to market through our companies.

The 800-deletion line allows consumers to either remove their own fax number from our database or leave their name or number, so that the caller can be contacted in person for removal.

- Compliance Handles:

- Lawsuits

- Legal Documents

- Removal Phone Calls

NOTES

18



# Section Two







**Graphics Department**






## Graphics Department

**QUICK REFERENCE**

- Custom Ad Beneficial
- New Build - $175
- Rebuild / Major Revision - $100
- Minor Revision - $50
- Margin Adjustment - $50

The graphics department within our company serves many valuable purposes. We not only have the ability to process client's ads that are sent to us, but we also can build new ads for clients, "dress up" ads sent over to us, design custom logos, and develop websites. Many clients come to us looking to save money wherever possible. Many times, however, spending a little more at the beginning will reap substantial benefits later. Some clients believe that by sending their own ad they've created, they will save the cost of us building a new ad for them. Although in some sense this may be true, many cannot visualize the broader picture. Most of our client's graphic capabilities are marginal at best. Our department is trained to build ads and market products in ways that will draw a large response. We have seen hundreds of ads come through our department, and we know what sells and what does not. With the larger response rate our clients would receive, it will more than make up for any graphics fees paid at the beginning of the campaign.

**For Example:**
A client builds his own basic ad and sends out 1,000 faxes. Let's say they make $100 off of each call that responds to their ad. Maybe they receive 10 calls with their own ad, thus making $1,000. But by paying the $175 for a new ad built by our design team, they may receive closer to 15 calls. Their profit is now $1,500, minus the $175 spent for the ad, bringing their total to $1,325. That's a difference of $325. And not only that, they will have the ability to make changes to this ad in the future for a minimal fee.

If you are starting a new campaign with a client, and an ad is going to be built by our team, we'll be happy to help out in any way possible. We have forms in our department that can be sent over to clients to help them get a better understanding of what ideas they want to convey in their ad. It will also give our department a feeling of what the client wants to promote. We have different charges for our services, and they are as follows:

**New Build - $175**
Building an ad from a faxed or mailed hard copy, or starting from scratch by working with the client to come up with a unique design. Each newly created ad also allows for 2 minor revisions during the initial time the ad is created. More than 2 revisions will incur a $50 charge for each additional change.

**Rebuild / Major Revisions - $100**
A re-build is where the client either gives us an ad that is already created in an editable program (i.e. Word, Quark, Etc.), an electronic file of the information being used (such as e-mail), or us re-working an existing ad that we already have on file. Major revisions constitute more than 2-3 changes to an ad.

**Minor Revisions / Margin Adjustment - $50**
A minor revision is usually 2 or less changes to an ad (i.e. address change, phone number, etc.). If an ad comes to us, and the margin guidelines are not followed, there will be a $50 charge for re-working the ad to fit in our guidelines.

NOTES

20

## QUICK REFERENCE | Graphics Department

• Finance Handles Waived Fees

• Margins are as Follows:

• Top 1/2"

• Sides 1/2"

• Bottom 3/4"

• Font No Smaller Than 10 Point

• Limit Amount of Black on Ad

• 24-Hour Turn Around

There are times when these charges may either be waived or altered depending upon the volume of faxes being sent out, as well as the established relationship with the client. Our finance department will take care of any waived graphics fees. When processing the job, you will need to contact either your department manager or the finance department to discuss your situation, and each will be resolved on a case by case basis.

If your client decides to submit their own created ad, we have strict margin guidelines that must be followed. This means absolutely no printed material outside the given margins. Ads must leave a 1/2" margin on the top of the ad, as well as both sides. They must also leave 3/4" on the bottom of the ad. The reason for the extra 1/4" on the bottom is so that our department may insert a mandatory opt-out deletion number on the bottom of each ad. If the client chooses to insert the deletion number themselves, then only 1/2" is required on the bottom. Either way, as long as the ad has a 1/2" border around the entire ad before faxing out. If these guidelines are not followed, the ad will either be sent back to the account representative requesting it be fixed by the client, or it will be corrected by our department for a $50 fee. Other important points that may be passed onto the client are the size of the fonts should be no smaller than 10 point, and to avoid using grayscale imagery and large areas of black. Many clients also will try to use imagery pulled directly off of the web. Please let your clients know that these images will turn out small and blurry, and are usually frowned upon to achieve a successful ad. Clients may submit their ads in any one of the following programs:



### WINDOWS / MACINTOSH

| | | |
|---|---|---|
| • Microsoft Word | • Microsoft Publisher | • Adobe Acrobat |
| • Adobe Photoshop | • Adobe Illustrator | • Quark Xpress |

When submitting a job, please give the design team 24 hours to process each job. Although we realize this is not always feasible, it will be well received. This is especially important for newly created ads or re-builds. When an ad is finished, the graphics department will send the ad over the client for a sign-off. Once the ad has been ok'd and signed off by the client, it will then be processed. Any corrections made after this point will revert to the fore-mentioned charges. Please make sure to get the mechanical instruction packet from the graphics department.

NOTES









**Financial Department**





## Financial Department

QUICK REFERENCE

• Wire Transfer - Most Desirable

• Personal Check - Least Desirable

• Commission on Money Collected

**Department Description**

The basis of our department is to inform the sales rep of all monies collected, secured, or returned. To ensure you have no returns (i.e. bounced check) or credit card charge backs, follow the cash collections listed below, which are in order from most desirable to least desirable.

**Payment Methods**

1. Wire Transfer (absolute slam dunk)
2. Cashier's Check (finger-roll lay-up)
3. Credit Card (free throw)
    A. Copy of front and back of credit card
    B. Copy of the authorized signer's driver's license
    C. Signature on contract must match name on credit card (if it doesn't match, then a letter from the cardholder authorizing that person to sign is required)
4. Business Check (three-point shot)
5. Personal Check (half-court shot)

**Commission Payout**

Your commission check is based on monies collected, less any returns or charge backs. The higher the rate the customer paid, the higher the commission (see commission schedule in the sales module). If a customer does not pay for services rendered, then the penalty is a 50% deduction for the cost of that job.

The commission payment schedule is as follows:

1. Faxing done on the 1st - 15th of the month is paid at the end of the month
2. Faxing done on the 16th - end of the month is paid on the 15th of the following month.
3. Voice / Leads done from the 1st - end of the month is paid at the end of the following month
4. Extranet done from the 1st - end of the month is paid on the 15th of the following month

NOTES

23



# Section Two

Human Resources

## Human Resources

**Health and Dental Plans**
Upon completion of a 30 day prohibition period, you will be eligible for P.P.O or HMO health plans, as well as dental insurance.

**Employee Handbook/Paperwork**
Review rules, regulations and company policies in the employee handbook administered. After reviewing the handbook, complete and return the paperwork packet.



• Health Plan Offered

• Dental Plan Offered

• Review Company Policy

NOTES

Print Name_____

Signature_____ Date_____