UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

INSPE Associates, Ltd.
                              Plaintiff,

v.                                                     Case No.: 1:08−cv−00837
                                                           Honorable Virginia M. Kendall

CSL Biotherapies, Inc., et al.
                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(jms, )Mailed notice.

Dated: August 7, 2008

                                                                  /s/ Virginia M. Kendall

                                                                 United States District Judge