**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INSPE ASSOCIATES, LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 837 |
| v. | ) | |
| | ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF PARTIES REGARDING**
**PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**

The parties hereby make the following stipulation:

1. Plaintiff INSPE Associates, Ltd. agrees to withdraw its pending Preliminary Motion for Class Certification and Memorandum in Support thereof filed on July 29, 2008. The withdrawal of plaintiff's motion shall be without prejudice to the later renewal by plaintiff of his motion for class certification, subsequent to additional discovery.

2. Defendant CSL Biotherapies, Inc. agrees that it shall not present Plaintiff with an offer of judgment as contemplated by Fed.R.Civ.P. 68 and shall not, in any other manner, attempt to moot the claims of the putative class by presenting plaintiff with an offer of individual relief.

Agreed to this 5th Day of August, 2008.

| | |
|---|---|
| s/ Julie Clark | s/ James C. Vlahakis |
| Julie Clark | James C. Vlahakis |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | |
| Daniel A. Edelman | James C. Vlahakis |
| Julie Clark | Hinshaw & Culbertson, LLP |
| EDELMAN, COMBS, LATTURNER | 222 N. LaSalle, Suite 300 |
| & GOODWIN, LLC | Chicago, IL 60601 |
| 120 S. LaSalle Street, 18th floor | 312-704-3715 |
| Chicago, Illinois 60603 | 312-704-3001(FAX) |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |