IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INSPE ASSOCIATES, LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 837 |
| v. | ) | |
| | ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff INSPE Associates, Ltd. respectfully petition the Court for leave to withdraw the Plaintiff's Preliminary Motion for Class Certification .

In support of this motion plaintiff states as follows:

1. On July 29, 2008, plaintiff filed a motion for class certification prior to having determined the exact size of the class. Plaintiff filed the motion at this early stage of the litigation to avoid having his claims mooted by an offer of judgment. White v. Humana Health Plan, Inc., 06 C 5546, 2007 U.S. Dist. LEXIS 32263 (N.D. Ill., May 2, 2007) and Brighton v. Nextel, 02 C 7635 (N.D. Ill. Dec. 16, 2002).

2. On August 1, 2008, this Court entered a minute order requiring defendant to respond by August 20, 2008 and plaintiff to reply by August 27, 2008.

3. In exchange for withdrawing their class certification motion without prejudice, defendant has agreed that, prior to the refiling of the motion, it will not attempt to moot the claims

1

of the putative class by presenting plaintiff with an offer of individual relief. The parties proposed Stipulation relating to Plaintiff's Preliminary Motion for Class Certification is attached hereto as Exhibit A.

4. Plaintiff intends to refile the motion for class certification on or before January 12, 2009 pursuant to the briefing scheduling set forth in the parties initial planning report approved by this Court on March 27, 2008.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an order granting the Plaintiff leave to withdraw the motion for class certification without prejudice and striking the briefing schedule entered on August 1, 2008.

Respectfully submitted,

s/ Julie Clark
Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Julie Clark hereby certify that on August 8, 2008, I caused a true and accurate copy of this notice and the document referenced therein to be served via the CM/ECF system and served electronically upon the following parties:

David M. Schultz
dschultz@hinshawlaw.com

James C. Vlahakis
jvlahakis@hinshawlaw.com

*via facsimile and U.S. Mail:*

Burt M. Rublin
Robert R. Baron
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
215.864.8999 (fax))662-2151

                                                  s/ Julie Clark
                                                  Julie Clark