# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 08 C 837 |
| v. | ) |
| | ) Judge Kendall |
| CSL BIOTHERAPIES, INC., | ) |
| and JOHN DOES 1-10, | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

**STIPULATION OF PARTIES REGARDING**
**PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**

The parties hereby make the following stipulation:

1. Plaintiff INSPE Associates, Ltd. agrees to withdraw its pending Preliminary Motion for Class Certification and Memorandum in Support thereof filed on July 29, 2008. The withdrawal of plaintiff's motion shall be without prejudice to the later renewal by plaintiff of his motion for class certification, subsequent to additional discovery.

2. Defendant CSL Biotherapies, Inc. agrees that it shall not present Plaintiff with an offer of judgment as contemplated by Fed.R.Civ.P. 68 and shall not, in any other manner, attempt to moot the claims of the putative class by presenting plaintiff with an offer of individual relief.

Agreed to this 5th Day of August, 2008.

s/ Julie Clark
Julie Clark

*Counsel for Plaintiff*

Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ James C. Vlahakis
James C. Vlahakis

*Counsel for Defendant*

James C. Vlahakis
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3715
312-704-3001(FAX)