**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INSPE ASSOCIATES, LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 837 |
| v. ) | |
| ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., ) | |
| and JOHN DOES 1-10, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on Thursday August 21, 2008, at 9:00 a.m., we shall appear before Honorable Judge Virginia Kendall, in Court room 2378 of the United States District Court for the Northern District of Illinois, Chicago, Illinois, 60604, and then and there present: **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION,** a copy of which is attached and hereby served upon you.

                                                 /s/ Julie Clark
                                                 Julie Clark

Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

## CERTIFICATE OF SERVICE

        I, Julie Clark, certify that on August 8, 2008, I caused a true and accurate copy of this notice and the document referenced therein to be served via the CM/ECF system and served electronically upon the following parties:

David M. Schultz
dschultz@hinshawlaw.com

James C. Vlahakis
jvlahakis@hinshawlaw.com

*via facsimile and U.S. Mail:*

Burt M. Rublin
Robert R. Baron
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
215.864.8999 (fax)

                                                  /s/ Julie Clark
                                                  Julie Clark